In the Matter of JOSEPH F. DEMPSEY et al., Appellants, against RUSSELL P. KOEHLER et al., Constituting the Board of Appeals of the Town of Islip, Respondents, and BENJAMIN W. HAWKES, Intervener, Respondent.

Submitted February 26, 1940; decided March 5, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 571.)

LOUIS S. GOLDSTEIN, Respondent, Impleaded with Another, v. TRI-CONTINENTAL CORPORATION et al., Defendants, and EARLE BAILIE et al., Appellants.

Submitted February 26, 1940; decided March 5, 1940.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 21.)